## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**YELDY CLARK**                                   **CIVIL ACTION**

**VERSUS**                                        **NO. 23-2005**

**LIBERTY MUTUAL INSURANCE**                      **SECTION: "P" (4)**
**COMPANY**

## ORDER

Before the Court is Defendant LM General Insurance Company's "Motion for Partial Dismissal Pursuant to Federal Rule of Civil Procedure 12(b)(6)."[1] In its motion, Defendant seeks the dismissal of Plaintiff's "bad faith" claims brought pursuant to La. R.S. 22:1892 and La. R.S. 22:1972 on the basis that Plaintiff failed to allege any facts supporting such claims.[2] After the filing of Defendant's motion, Plaintiff sought leave to amend her complaint to correct the name of the defendant and "to include more specific allegations in relation to the bad faith" of Defendant.[3] Plaintiff was granted leave[4] and filed her amended complaint into the record shortly thereafter.[5]

Courts vary in how they proceed when a plaintiff files an amended complaint while a Rule 12(b)(6) motion is still pending.[6] Although a court may address the merits of a motion to dismiss filed prior to an amendment of a complaint, many district courts routinely deny such motions as moot.[7] Here, the pending motion to dismiss argues that Plaintiff fails to plead facts supporting her

---

[1] R. Doc. 7. Although Plaintiff's original petition named "Liberty Mutual Insurance Company" as the defendant, LM General Insurance Company appeared, asserting it is the proper party and was erroneously referred to as "Liberty Mutual Insurance Company" in Plaintiff's original petition. *Id.*

[2] R. Doc. 7.

[3] R. Doc. 17.

[4] R. Doc. 20.

[5] R. Doc. 22.

[6] 1 Steven S. Gensler, *Federal Rules of Civil Procedure, Rules and Commentary Rule 15.*

[7] *See Bardell v. Jefferson Par. Sch. Bd.*, No. 20-cv-03245, 2022 WL 298840 (E. D. La. Feb. 1, 2022) (gathering authorities of other district courts that have also recognized that an amended complaint may render moot a pending motion to dismiss).

"bad faith" claims in her original complaint.[8] Plaintiff has filed an amended complaint to resolve the issues raised by the pending motion.[9] Therefore, the Court concludes that Defendant's motion to dismiss, addressing Plaintiff's original complaint, which is now superseded by her amended complaint, is moot.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant LM General Insurance Company's "Motion for Partial Dismissal Pursuant to Federal Rule of Civil Procedure 12(b)(6)"[10] is **DENIED** as moot.

New Orleans, Louisiana, this 22nd day of December 2023.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

---

[8] R. Doc. 7.
[9] R. Docs. 17, 22.
[10] R. Doc. 7.